**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RA P. SHIPPS,

        Plaintiff,

v.                                              Case No: 6:15-cv-973-Orl-40DAB

PROSECUTOR, STATE OF FLORIDA
DIVISION '35;62 and PROSECUTORS
TO BE NAMED,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 1) filed on June 12, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 19, 2015 (Doc. 2), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed in Forma Pauperis (Doc. 1) is **DENIED**.

3. Plaintiff's Complaint is **DISMISSED** for lack of federal subject matter jurisdiction.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 8, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties